I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-28-12

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 2 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GREGORY DIAZ,<br><br>　　　　Petitioner,<br><br>vs.<br><br>DOMINGO URIBE, Warden,<br><br>　　　　Respondent. | Case No. EDCV 12-0861-VBF (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that (1) petitioner's request for an evidentiary hearing is denied; and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 12/18/2012

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE