I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-28-12

DEPUTY CLERK

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 28 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
DEC 28 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CARLOS GREGORY DIAZ,

    Petitioner,

vs.

DOMINGO URIBE, Warden,

    Respondent.

Case No. EDCV 12-0861-VBF (RNB)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 12/18/2012

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE